UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PHILJON EISOM,

            Defendant.

**ORDER TERMINATING SUPERVISED RELEASE**

17 Cr. 108 (KMK)

SOUTHERN DISTRICT OF NEW YORK, ss.:

DAMIAN WILLIAMS, the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jared Hoffman, defendant Philjon Eisom, and the United States Probation Department, by Probation Officer Michael Estreicher, jointly request that the Court terminate the defendant's supervised release. Full consideration having been given to the matter, and the Court having held a conference on April 2, 2024 to review this joint request, it is hereby

ORDERED that the defendant's supervised release is terminated.

Dated: White Plains, New York

April 18, 2024

THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK